| | |
|---|---|
| 1 | John Barker (SBN: 279718) |
| | Jennifer Basola (SBN: 231538) |
| 2 | KROHN & MOSS, LTD. |
| | 200 Pier Ave, Suite 126 |
| 3 | Hermosa Beach, CA 90254 |
| | Telephone: (323) 988-2400 |
| 4 | Facsimile: (866) 431-5575 |
| | Attorneys for Plaintiff, Alvaro Carlos SIMPSON |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVARO CARLOS | § | Case No.: 2:19-cv-01318-GW-FFM |
| | § | |
| Plaintiffs, | § | **JOINT STIPULATION AND ORDER** |
| | § | **FOR DISMISSAL WITH PREJUDICE** |
| vs. | § | |
| | § | |
| JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties.

**Dismissal**

Dated: November 22, 2019          KROHN & MOSS, LTD.

                                  By:     /s/ John Barker
                                          John Barker
                                          Attorneys for Plaintiff,
                                          ALVARO CARLOS

Dated: November 22, 2019          Turner, Friedman, Morris & Cohan, LLP.

                                  By:     /s/ Matthew Wolf
                                          Matthew Wolf
                                          Attorneys for Plaintiff,
                                          JAGUAR LAND ROVER NORTH
                                          AMERICA, LLC

**Dismissal**

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 26, 2019

_____
Hon. George H. Wu
UNITED STATES DISTRICT COURT
JUDGE

24.

Dated: November 22, 2019                KROHN & MOSS, LTD.


                                        By:  /s/ John Barker
                                             John Barker
                                             Attorneys for Plaintiff,
                                             ALVARO CARLOS